Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorney for Plaintiff Chadd Wolfe,*
*individually and on behalf of all others*
*similarly situated*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADD WOLFE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, L.L.C. (d/b/a THE RITZ-CARLTON SAN FRANCISCO),<br><br>        Defendants. | Case No. 3:25-cv-08182-JST<br><br>*Assigned to:*<br>*Hon. Jon S. Tigar, Courtroom 6 – 2nd Floor*<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:      July 17, 2026<br>TIME:      2:30 p.m.<br>CTRM.:    6 – 2nd Floor<br><br>Complaint Filed:    June 16, 2025<br>Trial:         None Set |

Pursuant to the Court's April 14, 2026 Scheduling Order, Plaintiff Chadd Wolfe ("Plaintiff") and Defendant The Ritz-Carlton Hotel Company, L.L.C. ("Defendant") (collectively, the "Parties") submit the following Joint Case Management Statement.

## I. STATUS OF DISCOVERY

### A. Plaintiff's List of Discovery Propounded, Status, and Next Steps

On April 27, 2026, Plaintiff propounded Interrogatories, Set One and Request for Production of Documents, Set One to Defendant.

Defendant requested an extension to respond to these discovery requests until June 26, 2026. Plaintiff agreed, so long as the actual documents were produced by that date, not simply objections, and Plaintiff stated that, if Defendant wanted a protective order entered first, it should provide a draft one in advance so the documents could be produced that day.  Despite this agreement, Defendant served only responses and objections on that date and no actual documents.  Plaintiff is still waiting for the actual documents to be produced.

After the documents are produced, Plaintiff anticipates moving for class certification and possibly summary judgment.

### B. Defendant's Statement:

On June 26, 2026, Defendant served objections and responses to Plaintiff's discovery requests, along with a proposed stipulated protective order. The Parties have met and conferred towards finalizing the protective order. After the protective order is finalized and entered by the Court, Defendant will produce responsive documents.

Defendant will conduct written discovery and take depositions with respect to Plaintiff's individual claims and discovery needed to oppose class certification and resolve class certification issues including Plaintiff's seniority, eligibility, job similarity, recall qualification, execution of arbitration agreements and who was allegedly hired instead.

## II.   OTHER ISSUES REQUIRING THE COURT'S ATTENTION

The Parties have discussed scheduling a date for early private mediation.  If mediation is agreed to, the parties may request a temporary stay; however, Plaintiff does not want any deadlines stayed unless and until there is an agreement to mediate.

Dated: July 9, 2026                              Respectfully submitted,

                                                 CHADD WOLFE, and the putative class

                                                 By his attorney,
                                                 /s/ Shannon Liss-Riordan
                                                 Shannon Liss-Riordan (SBN 310719)
                                                 sliss@llrlaw.com
                                                 LICHTEN & LISS-RIORDAN, P.C.
                                                 729 Boylston Street, Suite 2000
                                                 Boston, MA 02116
                                                 (617) 994-5800

Dated: July 9, 2026                              Respectfully submitted,
                                                 THE RITZ-CARLTON HOTEL
                                                 COMPANY, L.L.C. (d/b/a THE RITZ-
                                                 CARLTON SAN FRANCISCO)

                                                 By its attorneys,
                                                 /s/ Yoon-Woo Nam
                                                 Michael J. Burns (SBN 172614)
                                                 mburns@seyfarth.com
                                                 Ryan McCoy (SBN 276026)
                                                 rmccoy@seyfarth.com
                                                 SEYFARTH SHAW LLP
                                                 560 Mission Street, 31st Floor
                                                 San Francisco, California 94105
                                                 Telephone: (415) 397-2823
                                                 Facsimile: (415) 397-8549

                                                 Yoon-Woo Nam (SBN 284644)
                                                 ynam@seyfarth.com
                                                 SEYFARTH SHAW LLP
                                                 400 Capitol Mall, Suite 2300
                                                 Sacramento, California 95814-4428
                                                 Telephone: (916) 448-0159
                                                 Facsimile: (916) 558-4839
                                                 *Attorneys for Defendant*
                                                 *THE RITZ-CARLTON HOTEL COMPANY,*
                                                 *L.L.C.*

2

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan

3:25-cv-08182-JST
JOINT CASE MANAGEMENT STATEMENT

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on Defendants' counsel via the CM/ECF system on July 9, 2026.


*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan

3:25-cv-08182-JST
JOINT CASE MANAGEMENT STATEMENT